No. 74–1240.  WEISER ET AL. *v.* WHITE, SECRETARY OF STATE OF TEXAS.  C. A. 5th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. ▮▮▮▮▮▮▮▮▮▮▮▮ ▮

No. 74–6153.  BAECHLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari. ▮▮▮▮▮▮▮▮▮▮.

No. 74–6305.  BENNETT *v.* NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.